People v Anonymous (2024 NY Slip Op 04114)

People v Anonymous

2024 NY Slip Op 04114

Decided on August 01, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: August 01, 2024

Before: Singh, J.P., Moulton, Kapnick, Shulman, Higgitt, JJ. 

Ind. No. 5220/14 Appeal No. 15117 Case No. 2018-5741 

[*1]The People of The State of New York, Respondent,
v
Anonymous, Defendant-Appellant.

An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Charles H. Solomon, J. at motions; Eduardo PadrÓ, J. at plea; Patricia M. NuÑez, J. at sentencing), rendered August 23, 2018,
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and a decision and order of this Court having been entered on January 20, 2022, holding the appeal in abeyance;
It is unanimously ordered that the said appeal be and the same is hereby dismissed as moot. It is further ordered that defendant's motion (M-2024-02990) to seal the appellate record and briefs, and to amend the caption to People of the State of New York v Anonymous, is granted.
ENTERED: August 1, 2024